Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

**FILED**
2023 JAN 17 AM 11: 39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___CD___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V.  PLAINTIFF | 23-MJ-00165-DUTY |
| CAROLINE HERRLING | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 01/12/2023 at 2 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. §§ 1343, 1349, 1028A, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) Wire Fraud Conspiracy, Aggravated Identity

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1979

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Alex Kessel   Phone Number: 818 995 1422

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: Lyndon Versoza   (please print)

12. Office Phone Number: 213 830 2518
13. Agency: USPIS
14. Signature: /s/
15. Date: 01/17/2023

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION